UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Phillip Christianson

                Plaintiff,

v.                                                  Case No.: 1:14−cv−07363
                                                  Honorable Harry D. Leinenweber

Karen Yarbrough, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 16, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 7/16/2015. For the reasons stated in open court, defendants motion to dismiss [39] granted in part and denied in part. Defendants to answer Counts 1, 3 and 4 by 7/30/2015. Status hearing set for 8/13/2015 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.